1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   W.A., a minor, by and through his          Case No. 1:21-cv-00539-JLT-CDB
     Guardian Ad Litem, Victoria Anderson,
12                                               ORDER ON STIPULATION AMENDING
                    Plaintiff,                   SCHEDULING ORDER
13
          v.                                     (ECF No. 37)
14
     PANAMA-BUENA VISTA, UNION
15   SCHOOL DISTRICT,

16                  Defendant.

17

18          Pending before the Court is the parties' stipulation for order extending the discovery,

19   motion, and trial schedule, filed March 2, 2023.  (ECF No. 37).  The stipulation is timely filed

20   pursuant to Local Rule 144(d) and the parties' representations therein satisfy the requirements

21   under Fed. R. Civ. P. 16(b)(4) to show good cause and diligence. *See Johnson v. Mammoth*

22   *Recreations, Inc*., 975 F.2d 604, 609 (9th Cir. 1992).

23          Accordingly, based on the parties' representations in the stipulation and for good cause

24   shown, IT IS HEREBY ORDERED that the following dates and deadlines are continued:

25

26                    *Remainder of This Page Intentionally Left Blank*

27

28

1.    Non-expert discovery cutoff from April 3, 2023 to **July 12, 2023**;

2.    Expert discovery cutoff from July 24, 2023 to **November 1, 2023**; and

3.    Pre-trial motion cutoff from December 8, 2023 to **March 18, 2024**.

IT IS SO ORDERED.

Dated:    **March 3, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

2