UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.A., a minor, by and through his Guardian Ad Litem, Victoria Anderson,<br><br>Plaintiff,<br><br>v.<br><br>PANAMA-BUENA VISTA, UNION SCHOOL DISTRICT,<br><br>Defendant. | Case No. 1:21-cv-00539-JLT-CDB<br><br>ORDER ON STIPULATION AMENDING SCHEDULING ORDER **AS MODIFIED**<br><br>(Doc. 39) |

Pending before the Court is the parties' second stipulation for order extending the discovery, motion, and trial schedule, filed June 26, 2023. (Doc. 39). The stipulation is timely filed pursuant to Local Rule 144(d) and the parties' representations therein satisfy the requirements under Fed. R. Civ. P. 16(b)(4) to show good cause and diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Accordingly, based on the parties' representations in the stipulation and for good cause shown, IT IS HEREBY ORDERED that the following dates and deadlines are continued:

*Remainder of This Page Intentionally Left Blank*

1. Non-expert discovery cutoff from July 12, 2023 to **January 12, 2024**;

2. Expert discovery cutoff from November 1, 2023 to **May 1, 2024**;

3. Pre-trial motion cutoff from March 18, 2024 to **August 5, 2024**;

4. Pre-trial conference from May 10, 2024 to **November 12, 2024**; and

5. Trial from June 15, 2024 to **January 14, 2025**.

IT IS SO ORDERED.

Dated:   **June 27, 2023**                           _____
                                               UNITED STATES MAGISTRATE JUDGE

2